NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LECTROLARM CUSTOM SYSTEMS, INC.,**
*Plaintiff-Appellant,*

v.

**VICON INDUSTRIES, INC. AND UTC FIRE & SECURITY AMERICAS CORPORATION, INC.,**
*Defendants,*

AND

**SENSORMATIC ELECTRONICS CORPORATION,**
*Defendant-Appellee,*

AND

**BOSCH SECURITY SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2012-1156

---

Appeal from the United States District Court for the Western District of Tennessee in case no. 03-CV-2330, Judge Samuel H. Mays, Jr.

---

**ON MOTION**

---

# ORDER

Bosch Security Systems, Inc. (Bosch) moves without opposition for an extension of time, until June 15, 2012, for Bosch and Sensormatic Electronics, LLC to file their response briefs, and for an extension of time, until July 27, 2012, for Lectrolarm Custom Systems, Inc. to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 15 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth W. Brothers, Esq.
    Sean William Gallagher, Esq.
    Erik G. Swenson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 15 2012

JAN HORBALY
CLERK